CHAMBERS OF
ALEXANDER WILLIAMS, JR.
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MD 20770
(301) 344-0637
FAX (301) 344-0672

September 29, 2011

MEMO TO COUNSEL RE:    UNITED STATES OF AMERICA
v.
SHAHRAN KHAN
(AW-11-0401)

Dear Counsel:

   The Court has set in a hearing on the Appeal of the Magistrate's Decision in the above referenced matter for November 8, 2011. This will take place in the United States District Court for the District of Maryland at 8:45 a.m., in courtroom, 4A.

   Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Sincerely,

_____/s/_____
Alexander Williams, Jr.
United States District Judge